KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI I. CHOI L (WVSBN 0722)
Chief, Criminal Division

CANDICE K. JAN (CASBN 225749)
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. CR 05-00544 MJJ |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| TYRONE BLACKMORE, | |
| Defendant. | |

TO:   The Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court of Northern California.

Special Assistant United States Attorney CANDICE JAN respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner TYRONE BLACKMORE whose place of custody and jailor are set forth in the Writ, request attached hereto, following and your petitioner avers that the prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED: November 14, 2005

CANDICE K. JAN
Special Assistant United States Attorney

SO ORDERED: 11/14/05

NANDOR J. VADAS
United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
[CR 05-00544 MJJ]

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: FREDERICK ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies, Jailor, Warden, Sheriff, of Santa Rita County Jail

**GREETINGS**

**WE COMMAND** that, on **Tuesday, November 15, 2005, at 10:00 am.**, you have and produce the body of **TYRONE BLACKMORE**, who is in your custody in the hereinabove-mentioned institution, before the United States District Court in and for the Northern District of California, in the courtroom of Honorable Magistrate Judge Wayne D. Brazil, 1301 Clay Street, Courtroom No. 1, Oakland, California in order that **TYRONE BLACKMORE** may then and there appear in District Court upon the charges heretofore filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of proceedings in this Court;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: November ___, 2005.

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK