| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Ste. 650 |
| | Oakland, California  94607-3627 |
| 4 | Telephone:  (510) 637-3500 |
| 5 | Counsel for Defendant BLACKMORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00544 MJJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER FOR CONTINUANCE OF |
| v. | ) | SENTENCING HEARING DATE |
| | ) | |
| TYRONE BLACKMORE, | ) | Date: May 5, 2006 |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | Court: Hon. Martin J. Jenkins |
| | ) | U. S. District Court |

This matter is currently on calendar for sentencing on May 5, 2006, at 2:30 p.m.  Defendant Tyrone Blackmore and the government, through their respective counsel, jointly stipulate and request that the matter be taken off calendar and continued to the new date of May 19, 2006, at 2:30 p.m. for sentencing.  At this time, sentencing preparations are in process but are not yet completed: due to an illness, the Probation Officer was not able to complete the presentence report within the required timeframe.  It has now been completed, but the parties agree that the schedule should be adjusted to afford adequate time for preparation of the final report and submission of sentencing memoranda.

The parties therefore agree and stipulate that the sentencing date should be continued until May 19, 2006.  The Probation Officer has been consulted and will be available on the new date.

- 1 -

1  Mr. Blackmore is out of custody.

2  SO STIPULATED.

3  Dated:     April 26, 2006                    /S/

4                                               HILARY A. FOX
                                                Attorney for Defendant BLACKMORE

5

6  SO STIPULATED.

7  Dated:     April 27, 2006                    /S/

8                                               MICHELLE MORGAN-KELLY
                                                Assistant United States Attorney

9

10

11                        **SIGNATURE ATTESTATION**

12     I hereby attest that I have on file all holograph signatures indicated by a "conformed"

13  signature ("/S/") within this efiled document.

14

15

16                                 **ORDER**

17     Based on the reasons provided in the stipulation of the parties above, and for good cause

18  appearing, IT IS HEREBY ORDERED THAT the sentencing hearing that is currently scheduled

19  in this matter for May 5, 2006, shall be continued to May 19, 2006, at 2:30 p.m.

20     IT IS SO ORDERED.

21
    Dated: April 27   , 2006
22                                              MARTIN J. JENKINS
                                                United States District Court
23

24

25

26