| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | HILARY A. FOX |
|   | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
|   | Oakland, CA 94607 |
| 4 | Tel: (510) 637-3500 |
|   | Counsel for Defendant BLACKMORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 05-00544-MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO PERMIT TRAVEL |
| | ) | |
| TYRONE BLACKMORE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Tyrone Blackmore is currently under pretrial supervision in the Northern District of California and is awaiting sentencing. As a condition of his release, Mr. Blackmore's travel is restricted to the Northern District and he is required to abide by a 10:00 p.m. curfew. On May 5th, 2006, Mr. Blackmore's paternal relatives will be holding a gathering in Stockton, California. Mr. Blackmore has requested permission to travel to Stockton with his father to attend the family gathering, and to exceed his curfew on that evening (and possibly spend the night in Stockton). The Pretrial Services Agency has been contacted and has no objection to the proposed travel. Therefore, the parties hereby stipulate and agree that Mr. Blackmore's terms and conditions of pretrial release should be modified to permit him to travel to Stockton for this family gathering, leaving on May 5th and returning home no later than May 6th, 2006, provided that Mr. Blackmore

STIP RE: TRAVEL                                      - 1 -

provide the Pretrial Services Agency with an itinerary that identifies where he will be staying and how he can be reached.

SO STIPULATED.

Dated: May 3, 2006 /S/

MICHELLE MORGAN-KELLY
Assistant United States Attorney

SO STIPULATED.

Dated: May 2, 2006 /S/

HILARY A. FOX
Attorney for Defendant BLACKMORE

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that defendant Tyrone Blackmore, who is currently under pre-trial supervision by the Pretrial Services Agency, be permitted to travel to Stockton from May 5th to May 6th, 2006, for the purpose of attending a family gathering.

IT IS SO ORDERED.

Dated: May 03, 2006

MARTIN J. JENKINS
United States District Court

STIP RE: TRAVEL - 2 -